IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| STACY SMITH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-05125-CV-RK |
| COMMISSIONER OF SSA, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's motion to reverse and remand. (Doc. 18.) Plaintiff did not oppose Defendant's motion. The decision of the ALJ is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the arguments outlined in the Defendant's motion.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 16, 2021